# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| REHAB SPECIALISTS, I, LLC, | |
| Plaintiff, | Case No. 17-cv-7748 |
| v. | |
| COMMUNITY NURSING & REHABILITATION CENTER, LLC, | Judge John Robert Blakey |
| Defendant. | |

## ORDER

This matter coming before the Court on Plaintiff's unopposed Attorneys' Fees Motion [54], IT IS HEREBY ORDERED:

1. The Motion is granted. The Court awards attorneys' fees and costs in the amount of $50,778.86 in favor of Plaintiff Rehab Specialists I, LLC and against Defendant Community Nursing & Rehabilitation Center, LLC.

2. The Clerk shall add this award of attorneys' fees and costs to the amount listed in the outstanding Judgment in a Civil Case [36], for a revised judgment amount of $504,987.78. This amount does not include pre-judgment interest, and post-judgment interest shall accrue on that amount at the rate provided by law from the date of the judgment, May 16, 2018.

Dated: August 21, 2018

Entered:

_____
John Robert Blakey
United States District Judge